# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
ANGEL CHIRE § Case No. 12-04311
§
Debtor §

## SUCCESSOR TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/07/2012 . The undersigned trustee was appointed on 04/16/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $    15,961.15

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 17.58 |
| Bank service fees | 435.36 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 15,508.21 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was  01/02/2013  and the deadline for filing governmental claims was  01/02/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,346.12 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,346.12 , for a total compensation of $ 2,346.12 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/22/2015           By:/s/BRENDA PORTER HELMS, TRUSTEE
                                      Successor Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-04311 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ANGEL CHIRE | | | | Date Filed (f) or Converted (c): | 02/07/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/10/2012 |
| For Period Ending: | 11/22/2015 | | | | Claims Bar Date: | 01/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 368 East 17th Place Lombard, Illinois 60148<br><br>Stay lifted pursuant to order dated 4/27/12 | 482,300.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account at Bank of America/Lombard,<br><br>Illinois; subject to citation lien re Banco Popular | 90.00 | 0.00 | | 0.00 | FA |
| 3. Savongs Account at Bank of America/Lombard,<br><br>Illinois -- subject to pending citation lien re Banco Popular | 60.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account at MB Financial/Bensenville,<br><br>Illinois | 100.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Household Goods and Furnishings<br><br>including three couches, two tables, two lamps, four televisions, two stereos, two VCR/DVD Players, one dining table and chairs, one set of china, one set of silverware, four beds, one chair, one dresser, one chest of drawers, two mirrors, three lamps, two radios, two computers, one kitchen table and chairs, one microwave, one refrigerator, one dishwasher, one washing machine, one dryer, one stove, two sets of dishes, two sets of cookware, one desk, two chairs, pool table, ping pong table, hockey table, two vacuums, one iron, one camera, two sets of tools, two power tools, one snow blower, and bedding including sixteen sheet sets, twenty-two bedspreads, five blankets, thirty-three comforters, four bath towel sets, and six dish towels, three tablecloths, six throws and one pillowcase. | 1,416.50 | 0.00 | | 0.00 | FA |
| 6. One hundred ten books, 125 CDs and 80 DVDs. | 157.50 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous Wearing Apparel including mens<br><br>wear: four pants, four shirts, three tshirts, five jackets, ten suits, twelve coats, six raincoats, thirteen pairs of shoes, two pairs of tennis shoes, three shorts, four jeans, one pair of boots, three pajamas, four robes, three swimsuits, four sweatshirts, seven sweaters. | 383.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 12-04311 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ANGEL CHIRE | | | | Date Filed (f) or Converted (c): | 02/07/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/10/2012 |
| For Period Ending: | 11/22/2015 | | | | Claims Bar Date: | 01/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8. Two mens' watches | 50.00 | 0.00 | | 0.00 | FA |
| 9. Tennis Rackets | 20.00 | 0.00 | | 0.00 | FA |
| 10. Fidelity & Guaranty LIfe INsurance policy. 20 year term; death benefit $750,000 No cash value | Unknown | N/A | | 0.00 | FA |
| 11. Progressive Medical Center Retirement Portfolio (401(k) | 26,305.72 | 0.00 | | 0.00 | FA |
| 12. IRA at Merrill Lynch | 688.08 | 0.00 | | 0.00 | FA |
| 13. Montgomery Partners LLC -- dissolved 6/10/11 33% interest | 0.00 | 0.00 | | 0.00 | FA |
| 14. Aurora Rehabilitation Clinic LLC dissolved July 2010, 50% | 0.00 | 0.00 | | 0.00 | FA |
| 15. Montgomery Partnership - no longer operating all assets lost to foreclosure | 0.00 | 0.00 | | 0.00 | FA |
| 16. Aurora Rahabilitation Clinic - -- no longer operating | 0.00 | 0.00 | | 0.00 | FA |
| 17. Pending cases in California (insurance proceeds from patients or other receivables) value reduced on amended schedule filed 4/26/12 | 2,697.00 | 2,697.00 | | 0.00 | FA |
| 18. possible 2011 tax refund  Debtor initially listed as unknown value. Value adjusted on amended schedules filed 4/26/12. Prior trustee settled with Debtor per order 6/28/13 [dkt 39] for recovery of $11,595.70 representing 2011 tax refund. Thereafter, Successor Trustee recovered additional $4,365.45 representing pre-petition carry back loss. | 3,869.00 | 15,961.15 | | 15,961.15 | FA |
| 19. Chiropractic license | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-04311 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: | ANGEL CHIRE | | | | Date Filed (f) or Converted (c): | 02/07/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/10/2012 |
| For Period Ending: | 11/22/2015 | | | | Claims Bar Date: | 01/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. 2004 Mercedes E320 | 7,830.00 | 0.00 | | 0.00 | FA |
| 21. cell phone used | 50.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $526,016.80   $18,658.15   $15,961.15   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FUNDS FROM TAX REFUND TO BE TURNED OVER; DISCOVERY OF ADDITIONAL CARRY BACK LOSSES POSSIBLE WHICH WILL INCREASE FUNDS TO ESTATE;
ISSUE REGARDING DIVISION OF REFUND BETWEEN DEBTOR AND SPOUSE (JOINTLY FILED)
Settled and compromised the tax issues. Order entered 6/28/2013
Money received from settlement and compromise of tax issue
Case in California on insurance proceeds from patients & other receivables still pending
Successor Trustee appointed 4/16/14
Debtor failed to turnover tax refund per agreement; motion to compel set for Oct. 30, 2015

Initial Projected Date of Final Report (TFR): 12/31/2014   Current Projected Date of Final Report (TFR): 01/08/2016

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 12-04311 | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: ANGEL CHIRE | Bank Name: | GREEN BANK |
| | Account Number/CD#: | XXXXXX1101 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX9987 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 11/22/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/12/13 | 18 | Angel Chire<br>368 East 17th PlaceLombard, IL  60148 | Settlement of controversy regarding allocation of 2011 federal income tax refund | 1124-000 | $11,595.70 | | $11,595.70 |
| 08/30/13 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $12.67 | $11,583.03 |
| 09/30/13 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $16.88 | $11,566.15 |
| 10/31/13 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $18.66 | $11,547.49 |
| 11/29/13 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $18.63 | $11,528.86 |
| 12/31/13 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $18.00 | $11,510.86 |
| 01/31/14 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $19.77 | $11,491.09 |
| 02/28/14 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $16.74 | $11,474.35 |
| 03/31/14 | | Green Bank<br>US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $17.32 | $11,457.03 |
| 04/02/14 | 3001 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREETSUITE 420NEW ORLEANS, LA  70139 | Blanket bond #016026455 2/01/14<br>to 2/10/15           2300-000<br>$-9.51 | 2300-000 | | $9.51 | $11,447.52 |
| 04/30/14 | | GREEN BANK | Bank Service Fee | 2600-000 | | $16.09 | $11,431.43 |
| 05/02/14 | | Transfer to Acct # XXXXXX1822 | Bank Funds Transfer | 9999-000 | | $11,431.43 | $0.00 |

| | COLUMN TOTALS | $11,595.70 | $11,595.70 |
|---|---|---|---|
| | Page Subtotals: | $11,595.70 | $11,595.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $11,431.43 |
| Subtotal | $11,595.70 | $164.27 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,595.70 | $164.27 |

Exhibit B

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-04311 | | Trustee Name: | BRENDA PORTER HELMS, SUCC, TRUSTEE |
| Case Name: | ANGEL CHIRE | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX1822 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9987 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/22/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/14 | | Transfer from Acct # XXXXXX1101 | Bank Funds Transfer | 9999-000 | $11,431.43 | | $11,431.43 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.99 | $11,414.44 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.42 | $11,398.02 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.95 | $11,381.07 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.92 | $11,364.15 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.35 | $11,347.80 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.87 | $11,330.93 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.30 | $11,314.63 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.82 | $11,297.81 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.80 | $11,281.01 |
| 02/19/15 | 10001 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $8.07 | $11,272.94 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $15.15 | $11,257.79 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.74 | $11,241.05 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.17 | $11,224.88 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.69 | $11,208.19 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.12 | $11,192.07 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                                     Page Subtotals:                         $11,431.43       $239.36

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 12-04311 | Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: ANGEL CHIRE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1822 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9987 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/22/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.64 | $11,175.43 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.61 | $11,158.82 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.06 | $11,142.76 |
| 10/27/15 | 18 | Angel Chire | tax refund | 1124-000 | $4,365.45 | | $15,508.21 |

| | | |
|---|---|---|
| COLUMN TOTALS | $15,796.88 | $288.67 |
| Less: Bank Transfers/CD's | $11,431.43 | $0.00 |
| Subtotal | $4,365.45 | $288.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,365.45 | $288.67 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*    Page Subtotals:    $4,365.45    $49.31

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1101 - Checking Account | $11,595.70 | $164.27 | $0.00 |
| XXXXXX1822 - Checking Account (Non-Interest Earn | $4,365.45 | $288.67 | $15,508.21 |
| | $15,961.15 | $452.94 | $15,508.21 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,961.15 |
| Total Gross Receipts: | $15,961.15 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-04311-DRC  
Debtor Name: ANGEL CHIRE  
Claims Bar Date: 1/2/2013  

Date: November 22, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | SUCCESSOR TRUSTEE BRENDA HELMS<br>Brenda Porter Helms<br>Successor Trustee | Administrative | Portion of trustee compensation to successor trustee | $0.00 | $1,000.00 | $1,000.00 |
| BOND 999 2300 | ARTHUR B. LEVINE COMPANY<br>Arthur B. Levine Company | Administrative | | $0.00 | $8.07 | $8.07 |
| 100 2100 | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Administrative | Portion of trustee compensation to prior trustee | $0.00 | $1,346.12 | $1,346.12 |
| 100 3110 | INNOVALAW PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Administrative | | $0.00 | $4,525.00 | $4,525.00 |
| 100 3410 | SCOTT HOREWITCH PIDGEON & ABRAMS<br>2150 E. LAKE COOK ROAD SUITE 560<br>BUFFALO GROVE, IL  60089-1877 | Administrative | | $0.00 | $1,647.00 | $1,647.00 |
| 1 610 7100 | BANCO POPULAR NORTH AMERICA<br>c/o Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, Ste 2600<br>Chicago, IL  60606 | Unsecured | (1-1) Judgment against Debtor for Breach of Contact | $732,926.04 | $732,916.04 | $732,916.04 |
| 2 610 7100 | FIA CARD SERVICES N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Unsecured | | $7,602.60 | $7,635.32 | $7,635.32 |
| 3 610 7100 | FIA CARD SERVICES N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Unsecured | | $7,302.48 | $7,116.84 | $7,116.84 |
| 4 610 7100 | SALLIE MAE<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Barre, PA  18706 | Unsecured | | $0.00 | $165,885.35 | $165,885.35 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-04311-DRC  
Debtor Name: ANGEL CHIRE  
Claims Bar Date: 1/2/2013  
Date: November 22, 2015

| Code | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 610 7100 | COMPASS BANK P.O. Box 201347 Arlington, TX 76006 | Unsecured | Claim withdrawn 1/2/13 [dkt 37] | $0.00 | $0.00 | $0.00 |
| 6 610 7100 | COMPASS BANK P.O. Box 201347 Arlington, TX 76006 | Unsecured | | $1,178.48 | $1,103.48 | $1,103.48 |
| | Case Totals | | | $749,009.60 | $923,183.22 | $923,183.22 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-04311  
Case Name: ANGEL CHIRE  
Trustee Name: BRENDA PORTER HELMS, SUCCESSOR TRUSTEE

Balance on hand $ 15,508.21

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: SUCCESSOR TRUSTEE BRENDA HELMS | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Attorney for Trustee Fees: INNOVALAW PC | $ 4,525.00 | $ 0.00 | $ 4,525.00 |
| Accountant for Trustee Fees: SCOTT HOREWITCH PIDGEON & ABRAMS | $ 1,647.00 | $ 0.00 | $ 1,647.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 8.07 | $ 8.07 | $ 0.00 |
| Fees: D.GROCHOCINSKI, Prior Trustee | $ 1,346.12 | $ 0.00 | $ 1,346.12 |

Total to be paid for chapter 7 administrative expenses $ 8,518.12

Remaining Balance $ 6,990.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 914,657.03  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BANCO POPULAR NORTH AMERICA | $ 732,916.04 | $ 0.00 | $ 5,601.17 |
| 2 | FIA CARD SERVICES N.A. | $ 7,635.32 | $ 0.00 | $ 58.35 |
| 3 | FIA CARD SERVICES N.A. | $ 7,116.84 | $ 0.00 | $ 54.39 |
| 4 | SALLIE MAE | $ 165,885.35 | $ 0.00 | $ 1,267.75 |
| 5 | COMPASS BANK | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | COMPASS BANK | $ 1,103.48 | $ 0.00 | $ 8.43 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 6,990.09 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE