# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
  §
ANGEL CHIRE § Case No. 12-04311
  §
_____Debtor_____ §

**NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
               219 S. Dearborn Street
               Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on  Friday, January 8, 2016 in Courtroom 240,
               Kane County Courthouse
               100 S. Third Street
               Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Brenda Porter Helms_____
                                                                               Successor Trustee

*BRENDA PORTER HELMS,  SUCCESSOR TRUSTEE
3400 W. LAWRENCE AVENUE
CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANGEL CHIRE | § | Case No. 12-04311 |
| | § | |
| Debtor | § | |

SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,961.15 |
| and approved disbursements of | $ | 452.94 |
| leaving a balance on hand of[1] | $ | 15,508.21 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: SUCCESSOR TRUSTEE BRENDA HELMS | $ 1,000.00 | $ 0.00 | $ 1,000.00 |
| Attorney for Trustee Fees: INNOVALAW PC | $ 4,525.00 | $ 0.00 | $ 4,525.00 |
| Accountant for Trustee Fees: SCOTT HOREWITCH PIDGEON & ABRAMS | $ 1,647.00 | $ 0.00 | $ 1,647.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 8.07 | $ 8.07 | $ 0.00 |
| Fees: D. Grochocinski, Prior Trustee | $ 1,346.12 | $ 0.00 | $ 1,346.12 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,518.12 |
| Remaining Balance | | $ | 6,990.09 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 914,657.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BANCO POPULAR NORTH AMERICA | $ 732,916.04 | $ 0.00 | $ 5,601.17 |
| 2 | FIA CARD SERVICES N.A. | $ 7,635.32 | $ 0.00 | $ 58.35 |
| 3 | FIA CARD SERVICES N.A. | $ 7,116.84 | $ 0.00 | $ 54.39 |
| 4 | SALLIE MAE | $ 165,885.35 | $ 0.00 | $ 1,267.75 |
| 5 | COMPASS BANK | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | COMPASS BANK | $ 1,103.48 | $ 0.00 | $ 8.43 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,990.09 |
| | Remaining Balance | | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms  
                      Successor Trustee

*BRENDA PORTER HELMS, SUCCESSOR TRUSTEE*  
*3400 W. LAWRENCE AVENUE*  
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-04311-DRC
Angel E Chire                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mrahmoun            Page 1 of 2         Date Rcvd: Dec 14, 2015
                             Form ID: pdf006           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2015.
```
db            +Angel E Chire,    368 East 17th Place,    Lombard, IL 60148-4926
18452956      +Anchor Court Management,    2003 Montgomery Rd,    unit 101,    Aurora, IL 60504-9049
18452957      +Aurora Rehabilitation,    c/o Roland Henriquez,    302 Hambletonian,    Oak Brook, IL 60523-2620
18452960     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
19558573      +Banco Popular North America,    c/o Chuhak & Tecson, P.C.,    30 S. Wacker Drive, Ste 2600,
                Chicago, IL 60606-7512
18452959      +Banco Popular North America,    9600 Bryn Mawr,    Des Plaines, IL 60018-5221
18452966     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195)
18452963      +Chase,    P.O. Box 9001871,    Louisville, KY 40290-1871
18452964      +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
18452965      +Chuhak & Tecson,    30 South Wacker Drive,    26th Floor,    Chicago, IL 60606-7512
19874457      +Compass Bank,    P.O. ox 201347,    Arlington, TX 76006-1347
18452967      +Direct Alternatives, LLC,    Post Office Box 167,    Portland, ME 04112-0167
18452968      +Dr. Sean Gavin,    1219 South Main Street,    Algonquin, IL 60102-2741
19607879       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18452969      +Flora and Alfredo Sampang,    15241 Waverly Avenue,    Midlothian, IL 60445-3285
18452970       Goldberg Law Group LLC,    120 Souith Riverside Plaza,    #1675,    Chicago, IL 60606
18452971      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
18452972      +Jesus Fernandez,    26336 Whispering Woods Cir,    Plainfield, IL 60585-2586
18452974      +Joshua Joseph,    c/o Garfield & Merel,    180 North Stetson Avenue, Suite 130,
                Chicago, IL 60601-6710
18862536      +MNM Marketing Inc.,    701 S. WElls St.,    Suite 3005,    Chicago, IL 60607-4676
18452976      +Montgomery Partnership,    c/o Roland Henriquez,    302 Hambletonian Cir.,
                Oak Brook, IL 60523-2620
18452978      +Pacific Community Credit Union,    401 Imperial Highway,    Fullerton, CA 92835-1145
18452979      +Rolando Henriquez,    302 Hambletonian Cr,    Oak Brook, IL 60523-2620
18452980      +Rolando Henriquez,    302 Hambletonian Drive,    Oak Brook, IL 60523-2620
18452981     ++TCF MORTGAGE CORPORATION,    801 MARQUETTE AVE,    ATTN BANKRUPTCY DEPARTMENT,
                MAIL CODE 001-04-R,    MINNEAPOLIS MN 55402-2807
              (address filed with court: TCF Mortgage Corporation,    Attention: Legal Department,
                801 Marquette Avenue,    Minneapolis, MN 55402)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18452962       E-mail/Text: defaultspecialty.us@bbva.com Dec 15 2015 01:26:09      BBVA Compass,
                PO Box 830696,    Birmingham, AL 35283-0696
18452961      +E-mail/Text: kristian@bhg-inc.com Dec 15 2015 01:25:24      Bankers Healthcare Group, Inc.,
                4875 Volunteer Road,    Suite 100,    Fort Lauderdale, FL 33330-2118
18452975      +E-mail/Text: ebn@ltdfin.com Dec 15 2015 01:25:28      LTD Financial Services LP,
                7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
19694492      +E-mail/PDF: pa_dc_claims@navient.com Dec 15 2015 01:21:56      Sallie Mae,    c/o Sallie Mae Inc.,
                220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18452958       Aurora Rehabilitation
18452973       Jesus Fernandez
18452977       Montgomery Partnership
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2015                                  Signature:  /s/Joseph Speetjens

```
District/off: 0752-1            User: mrahmoun              Page 2 of 2              Date Rcvd: Dec 14, 2015
                                Form ID: pdf006             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2015 at the address(es) listed below:
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Heather M Giannino    on behalf of Creditor    JP Morgan Chase Bank, National Association
               bankruptcy@hsbattys.com,   bankruptcy@hsbattys.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard L Hirsh    on behalf of Debtor 1 Angel E Chire richala@sbcglobal.net,   rlhpc2@sbcglobal.net
                                                                                             TOTAL: 4
```