# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                              §
                                    §
ANGEL CHIRE                         §   Case No. 12-04311
                                    §
        Debtor                      §
                                    §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 531,233.80 |
| Total Distributions to Claimants: 6,990.09 | Claims Discharged Without Payment: 1,581,049.20 |
| Total Expenses of Administration: 8,971.06 | |

3) Total gross receipts of $ 15,961.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 15,961.15 from the liquidation of the property of the estate, which was distributed as follows:

Case 12-04311   Doc 56   Filed 10/04/16   Entered 10/04/16 11:00:32   Desc Main
              Document      Page 2 of 19

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 478,296.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,971.06 | 8,971.06 | 8,971.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,109,981.21 | 748,771.68 | 748,771.68 | 6,990.09 |
| **TOTAL DISBURSEMENTS** | $ 1,588,277.21 | $ 757,742.74 | $ 757,742.74 | $ 15,961.15 |

    4) This case was originally filed under chapter 7 on 02/07/2012. The case was pending for 56 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/07/2016            By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| possible 2011 tax refund | 1124-000 | 15,961.15 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,961.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 9001871 Louisville, KY 40290-1008 | | 401,735.00 | NA | NA | 0.00 |
| | Pacific Community Credit Union 401 Imperial Highway Fullerton, CA 92834 | | 2,210.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TCF Mortgage Corporation Attention: Legal Department 801 Marquette Avenue Minneapolis, MN 55402 | | 74,351.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 478,296.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | 2100-000 | NA | 1,346.12 | 1,346.12 | 1,346.12 |
| SUCCESSOR TRUSTEE BRENDA HELMS | 2100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 8.07 | 8.07 | 8.07 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 9.51 | 9.51 | 9.51 |
| ASSOCIATED BANK | 2600-000 | NA | 280.60 | 280.60 | 280.60 |
| Green Bank | 2600-000 | NA | 154.76 | 154.76 | 154.76 |
| INNOVALAW PC | 3110-000 | NA | 4,525.00 | 4,525.00 | 4,525.00 |
| SCOTT HOREWITCH PIDGEON & ABRAMS | 3410-000 | NA | 1,647.00 | 1,647.00 | 1,647.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 8,971.06** | **$ 8,971.06** | **$ 8,971.06** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anchor Court Management 2003 Montgomery Rd unit 101 Aurora, IL 60504 | | 38,000.00 | NA | NA | 0.00 |
| | Bankers Healthcare Group, Inc. 4875 Volunteer Road Suite 100 Fort Lauderdale, FL 33330 | | 70,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 17,355.00 | NA | NA | 0.00 |
| | Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 4,710.00 | NA | NA | 0.00 |
| | Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 11,925.00 | NA | NA | 0.00 |
| | Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 12,603.00 | NA | NA | 0.00 |
| | Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 7,267.00 | NA | NA | 0.00 |
| | Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 12,603.00 | NA | NA | 0.00 |
| | Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 17,253.00 | NA | NA | 0.00 |
| | Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 21,614.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 12,603.00 | NA | NA | 0.00 |
| | Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 20,676.00 | NA | NA | 0.00 |
| | Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 19,819.00 | NA | NA | 0.00 |
| | Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | 3,387.00 | NA | NA | 0.00 |
| | Chuhak & Tecson 30 South Wacker Drive 26th Floor Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 9,565.16 | NA | NA | 0.00 |
| | Direct Alternatives, LLC Post Office Box 167 Portland, ME 04112 | | 79.90 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dr. Sean Gavin 1219 South Main Street Algonquin, IL 60102 | | 41,000.00 | NA | NA | 0.00 |
| | Flora and Alfredo Sampang 15241 Waverly Avenue Midlothian, IL 60445 | | 30,000.00 | NA | NA | 0.00 |
| | Goldberg Law Group LLC 120 Souith Riverside Plaza #1675 Chicago, IL 60606 | | 5,075.00 | NA | NA | 0.00 |
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | 186.55 | NA | NA | 0.00 |
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Jesus Fernandez 26336 Whispering Woods Cir Plainfield, IL 60585 | | 0.00 | NA | NA | 0.00 |
| | Joshua Joseph c/o Garfield & Merel 180 North Stetson Avenue, Suite 130 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LTD Financial Services LP 7322 Southwest Freeway Suite 1600 Houston, TX 77074 | | 0.00 | NA | NA | 0.00 |
| | MNM Marketing Inc. 701 S. WElls St. Suite 3005 Chicago, IL 60607 | | 5,250.00 | NA | NA | 0.00 |
| | Rolando Henriquez 302 Hambletonian Cr Oak Brook, IL 60523 | | 0.00 | NA | NA | 0.00 |
| 1 | BANCO POPULAR NORTH AMERICA | 7100-000 | 732,926.04 | 732,916.04 | 732,916.04 | 6,842.07 |
| 5 | COMPASS BANK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 6 | COMPASS BANK | 7100-000 | 1,178.48 | 1,103.48 | 1,103.48 | 10.30 |
| 2 | FIA CARD SERVICES N.A. | 7100-000 | 7,602.60 | 7,635.32 | 7,635.32 | 71.28 |
| 3 | FIA CARD SERVICES N.A. | 7100-000 | 7,302.48 | 7,116.84 | 7,116.84 | 66.44 |
| | Navient | 7100-000 | NA | -1,267.75 | -1,267.75 | -1,267.75 |
| 4 | SALLIE MAE | 7100-000 | NA | 1,267.75 | 1,267.75 | 1,267.75 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,109,981.21 | $ 748,771.68 | $ 748,771.68 | $ 6,990.09 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-04311 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ANGEL CHIRE | | | | Date Filed (f) or Converted (c): | 02/07/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/10/2012 |
| For Period Ending: | 09/07/2016 | | | | Claims Bar Date: | 01/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 368 East 17th Place Lombard, Illinois 60148  Stay lifted pursuant to order dated 4/27/12 | 482,300.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account at Bank of America/Lombard,  Illinois; subject to citation lien re Banco Popular | 90.00 | 0.00 | | 0.00 | FA |
| 3. Savongs Account at Bank of America/Lombard,  Illinois -- subject to pending citation lien re Banco Popular | 60.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account at MB Financial/Bensenville,  Illinois | 100.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Household Goods and Furnishings  including three couches, two tables, two lamps, four televisions, two stereos, two VCR/DVD Players, one dining table and chairs, one set of china, one set of silverware, four beds, one chair, one dresser, one chest of drawers, two mirrors, three lamps, two radios, two computers, one kitchen table and chairs, one microwave, one refrigerator, one dishwasher, one washing machine, one dryer, one stove, two sets of dishes, two sets of cookware, one desk, two chairs, pool table, ping pong table, hockey table, two vacuums, one iron, one camera, two sets of tools, two power tools, one snow blower, and bedding including sixteen sheet sets, twenty-two bedspreads, five blankets, thirty-three comforters, four bath towel sets, and six dish towels, three tablecloths, six throws and one pillowcase. | 1,416.50 | 0.00 | | 0.00 | FA |
| 6. One hundred ten books, 125 CDs and 80 DVDs. | 157.50 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous Wearing Apparel including mens  wear: four pants, four shirts, three tshirts, five jackets, ten suits, twelve coats, six raincoats, thirteen pairs of shoes, two pairs of tennis shoes, three shorts, four jeans, one pair of boots, three pajamas, four robes, three swimsuits, four sweatshirts, seven sweaters. | 383.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-04311 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ANGEL CHIRE | | | | Date Filed (f) or Converted (c): | 02/07/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/10/2012 |
| For Period Ending: | 09/07/2016 | | | | Claims Bar Date: | 01/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8.  Two mens' watches | 50.00 | 0.00 | | 0.00 | FA |
| 9.  Tennis Rackets | 20.00 | 0.00 | | 0.00 | FA |
| 10. Fidelity & Guaranty LIfe INsurance policy. 20 year term; death benefit $750,000 No cash value | Unknown | N/A | | 0.00 | FA |
| 11. Progressive Medical Center Retirement Portfolio (401(k) | 26,305.72 | 0.00 | | 0.00 | FA |
| 12. IRA at Merrill Lynch | 688.08 | 0.00 | | 0.00 | FA |
| 13. Montgomery Partners LLC -- dissolved 6/10/11 33% interest | 0.00 | 0.00 | | 0.00 | FA |
| 14. Aurora Rehabilitation Clinic LLC dissolved July 2010, 50% | 0.00 | 0.00 | | 0.00 | FA |
| 15. Montgomery Partnership - no longer operating all assets lost to foreclosure | 0.00 | 0.00 | | 0.00 | FA |
| 16. Aurora Rahabilitation Clinic - -- no longer operating | 0.00 | 0.00 | | 0.00 | FA |
| 17. Pending cases in California (insurance proceeds from patients or other receivables) value reduced on amended schedule filed 4/26/12 | 2,697.00 | 2,697.00 | | 0.00 | FA |
| 18. possible 2011 tax refund  Debtor initially listed as unknown value. Value adjusted on amended schedules filed 4/26/12. Prior trustee settled with Debtor per order 6/28/13 [dkt 39] for recovery of $11,595.70 representing 2011 tax refund. Thereafter, Successor Trustee recovered additional $4,365.45 representing pre-petition carry back loss. | 3,869.00 | 15,961.15 | | 15,961.15 | FA |
| 19. Chiropractic license | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-04311 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | ANGEL CHIRE | | | | Date Filed (f) or Converted (c): | 02/07/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/10/2012 |
| For Period Ending: | 09/07/2016 | | | | Claims Bar Date: | 01/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. 2004 Mercedes E320 | 7,830.00 | 0.00 | | 0.00 | FA |
| 21. cell phone used | 50.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $526,016.80    $18,658.15            $15,961.15    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FUNDS FROM TAX REFUND TO BE TURNED OVER; DISCOVERY OF ADDITIONAL CARRY BACK LOSSES POSSIBLE WHICH WILL INCREASE FUNDS TO ESTATE;
ISSUE REGARDING DIVISION OF REFUND BETWEEN DEBTOR AND SPOUSE (JOINTLY FILED)
Settled and compromised the tax issues. Order entered 6/28/2013
Money received from settlement and compromise of tax issue
Case in California on insurance proceeds from patients & other receivables still pending
Successor Trustee appointed 4/16/14
Debtor failed to turnover tax refund per agreement; motion to compel set for Oct. 30, 2015

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 01/08/2016

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-04311 | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | ANGEL CHIRE | | Bank Name: | GREEN BANK |
| | | | Account Number/CD#: | XXXXXX1101 |
| | | | | Checking Account |
| Taxpayer ID No: | XX-XXX9987 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/07/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/12/13 | 18 | Angel Chire<br>368 East 17th Place Lombard, IL 60148 | Settlement of controversy regarding allocation of 2011 federal income tax refund | 1124-000 | $11,595.70 | | $11,595.70 |
| 08/30/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $12.67 | $11,583.03 |
| 09/30/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $16.88 | $11,566.15 |
| 10/31/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $18.66 | $11,547.49 |
| 11/29/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $18.63 | $11,528.86 |
| 12/31/13 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $18.00 | $11,510.86 |
| 01/31/14 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $19.77 | $11,491.09 |
| 02/28/14 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $16.74 | $11,474.35 |
| 03/31/14 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $17.32 | $11,457.03 |
| 04/02/14 | 3001 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | Blanket bond #016026455 2/01/14<br>to 2/10/15    2300-000<br>$-9.51 | 2300-000 | | $9.51 | $11,447.52 |
| 04/30/14 | | GREEN BANK | Bank Service Fee | 2600-000 | | $16.09 | $11,431.43 |
| 05/02/14 | | Transfer to Acct # XXXXXX1822 | Bank Funds Transfer | 9999-000 | | $11,431.43 | $0.00 |
| | | | COLUMN TOTALS | | $11,595.70 | $11,595.70 | |
| | | | Page Subtotals: | | $11,595.70 | $11,595.70 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

| | | | |
|---|---|---:|---:|
| | Less: Bank Transfers/CD's | $0.00 | $11,431.43 |
| | Subtotal | $11,595.70 | $164.27 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $11,595.70 | $164.27 |

| | | | |
|---|---|---:|---:|
| | Page Subtotals: | $0.00 | $0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-04311 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | ANGEL CHIRE | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1822 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9987 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/07/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/14 | | Transfer from Acct # XXXXXX1101 | Bank Funds Transfer | 9999-000 | $11,431.43 | | $11,431.43 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.99 | $11,414.44 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.42 | $11,398.02 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.95 | $11,381.07 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.92 | $11,364.15 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.35 | $11,347.80 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.87 | $11,330.93 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.30 | $11,314.63 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.82 | $11,297.81 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.80 | $11,281.01 |
| 02/19/15 | 10001 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $8.07 | $11,272.94 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $15.15 | $11,257.79 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.74 | $11,241.05 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.17 | $11,224.88 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.69 | $11,208.19 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.12 | $11,192.07 |
| | | | Page Subtotals: | | $11,431.43 | $239.36 | |

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-04311 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: ANGEL CHIRE | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX1822 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9987 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 09/07/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.64 | $11,175.43 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.61 | $11,158.82 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.06 | $11,142.76 |
| 10/27/15 | 18 | Angel Chire | tax refund | 1124-000 | $4,365.45 | | $15,508.21 |
| 01/12/16 | 10002 | SUCCESSOR TRUSTEE BRENDA HELMS<br>Brenda Porter Helms<br>Successor Trustee | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,000.00 | $14,508.21 |
| 01/12/16 | 10003 | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,346.12 | $13,162.09 |
| 01/12/16 | 10004 | INNOVALAW PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $4,525.00 | $8,637.09 |
| 01/12/16 | 10005 | SCOTT HOREWITCH PIDGEON & ABRAMS<br>2150 E. LAKE COOK ROAD<br>SUITE 560<br>BUFFALO GROVE, IL  60089-1877 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,647.00 | $6,990.09 |
| 01/12/16 | 10006 | BANCO POPULAR NORTH AMERICA<br>c/o Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, Ste 2600<br>Chicago, IL  60606 | Final distribution to claim 1 representing a payment of 0.76 % per court order. | 7100-000 | | $5,601.17 | $1,388.92 |
| 01/12/16 | 10007 | FIA CARD SERVICES N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Distribution | | | $112.74 | $1,276.18 |
| | | FIA CARD SERVICES N.A. | Final distribution to claim 2 representing a payment of 0.76 % per court order.     ($58.35) | 7100-000 | | | |

Page Subtotals: $4,365.45    $14,281.34

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-04311 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | ANGEL CHIRE | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1822 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9987 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/07/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | FIA CARD SERVICES N.A. | Final distribution to claim 3 representing a payment of 0.76 % per court order. | ($54.39) | 7100-000 | | | |
| 01/12/16 | 10008 | SALLIE MAE c/o Sallie Mae Inc. 220 Lasley Ave. Barre, PA  18706 | Final distribution to claim 4 representing a payment of 0.76 % per court order. | | 7100-000 | | $1,267.75 | $8.43 |
| 01/12/16 | 10009 | COMPASS BANK P.O. Box 201347 Arlington, TX  76006 | Final distribution to claim 6 representing a payment of 0.76 % per court order. | | 7100-000 | | $8.43 | $0.00 |
| 02/11/16 | | Navient Refund Account 220 Lasley Ave. Wilkes Barre PA 18706 | refund of distribution claim 4 to student loan paid by debtor Refund of final distribution amount to Sallie Mae. Supplemental distribution to be made to remaining unsecured creditors. | | 7100-000 | | ($1,267.75) | $1,267.75 |
| 05/05/16 | 10010 | Banco Popular North America | Suuplemental distribution | | 7100-000 | | $1,240.90 | $26.85 |
| 05/05/16 | 10011 | FIA Card Services N.A. | Supplemental distribution | | 7100-000 | | $12.93 | $13.92 |
| 05/05/16 | 10012 | FIA Card Services N.A. | Supplemental distribution | | 7100-000 | | $12.05 | $1.87 |
| 05/05/16 | 10013 | Compass Bank | Supplemental distribution | | 7100-000 | | $1.87 | $0.00 |
| 07/28/16 | 10010 | Banco Popular North America | Suuplemental distribution Reversal check returned; no longer at that address | | 7100-000 | | ($1,240.90) | $1,240.90 |
| 08/01/16 | 10014 | Banco Popular North America | Final distribution to creditors | | 7100-000 | | $1,240.90 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $15,796.88 | $15,796.88 |
| Less: Bank Transfers/CD's | $11,431.43 | $0.00 |
| Subtotal | $4,365.45 | $15,796.88 |

Page Subtotals: $0.00   $1,276.18

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

|  |  |  |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,365.45 | $15,796.88 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1101 - Checking Account | $11,595.70 | $164.27 | $0.00 |
| XXXXXX1822 - Checking Account (Non-Interest Earn | $4,365.45 | $15,796.88 | $0.00 |
|  | $15,961.15 | $15,961.15 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $15,961.15 |
| Total Gross Receipts: | $15,961.15 |